IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. MARTINEZ,

      Plaintiff,                             No. CIV S-11-0958 DAD P

    vs.

T. VIRGA et al.,

      Defendants.                     <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On April 11, 2011, plaintiff filed a motion for a restraining order and no other documents. Upon receipt of plaintiff's motion, the court opened this case and assigned plaintiff a new case number. However, upon review of court files, it appears that this action was opened as a new case in error and that the Clerk of the Court should have filed plaintiff's motion for a restraining order in already pending Case No. CIV S-11-0942 KJN P.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to re-file plaintiff's motion for a restraining order (Doc. No. 1) in Case No. CIV S-11-0942 KJN P; and

---

[1] A court may take judicial notice of court records. See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

1           2.  The Clerk of the Court is directed to close this action.

2  DATED: April 20, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mart0958.close