IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. MARTINEZ,

        Plaintiff,                             No. CIV S-11-0958 DAD P

   vs.

T. VIRGA et al.,

        Defendants.                 <u>ORDER</u>

                                  /

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On April 11, 2011, plaintiff filed with the court only a motion for a restraining order and no other documents in this case. Upon receipt of plaintiff's motion, the Clerk of the Court opened this case and assigned plaintiff a new case number. On April 21, 2011, upon review of court files, the undersigned determined that this action was opened as a new case in error and that the Clerk of the Court should have filed plaintiff's motion for a restraining order in already pending Case No. CIV S-11-0942 KJN P. The court directed the Clerk of the Court to re-file plaintiff's motion for a restraining order in Case No. CIV S-11-0942 KJN and to close this action. This action has since been closed.

/////

Plaintiff, likely not having the benefit of the court's order discussed above, has since filed a motion for preliminary injunctive relief under the case number assigned to this action. He has filed an identical motion in Case No. CIV S-11-0942 KJN. Plaintiff is advised that this action is closed, so the court will disregard his motion for preliminary injunctive relief filed herein. Plaintiff is further advised that the court will disregard any future filings by plaintiff bearing the case number set forth in the title of this order, and no further orders will issue in this action.

IT IS SO ORDERED.

DATED: May 10, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mart0958.close(2)